864

No. 625.   O'CONNELL ET AL. *v.* UNITED STATES.   C. C. A. 2d.   Certiorari denied.   *Sol Gelb* and *Herbert Zelenko* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 206, Misc.   CLEARY *v.* UNITED STATES.   C. C. A. 9th.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 234, Misc.   SHOTKIN *v.* FRIEDMAN ET AL.   Supreme Court of Colorado.   Certiorari denied.

No. 237, Misc.   PIERCE *v.* UNITED STATES.   C. C. A. 5th.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 304, Misc.   SPRUILL *v.* CAMPBELL, EXECUTOR. United States Court of Appeals for the District of Columbia.   Certiorari denied.

No. 352, Misc.   KENNEDY *v.* SANFORD, WARDEN.   C. C. A. 5th.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for respondent.

No. 377, Misc.   WILES *v.* FLORIDA.   Supreme Court of Florida.   Certiorari denied.